# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BRAINLAB, INC., a Delaware corporation; BRAINLAB AG, a German corporation; BRAINLAB MEDIZINISHE COMPUTERSYSTEME GMBH, a German corporation, <br><br> Defendants. | Civil Action No. 12-cv-6075 <br><br> Hon. Matthew F. Kennelly, Presiding <br><br> Magistrate Judge Jeffrey Cole <br><br> **MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF CONVOYED SALES DAMAGES** |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF CONVOYED SALES DAMAGES**

NOW COMES, Plaintiffs, NeuroGrafix, Neurography Institute Medical Associates, Inc., Image Based Surgicenter Corp., and Dr. Aaron G. Filler ("Plaintiffs") hereby move this Court for leave to file its [Proposed] Motion for Summary Judgment of Convoyed Sales Damages and Memorandum in Support thereof. (*See:* Exhibit A). This Motion for Leave to File is supported by the accompanying Memorandum as well as by the [Proposed] Motion for Summary Judgment of Convoyed Sales attached.

WHEREFORE, Plaintiffs, NeuroGrafix, Neurography Institute Medical Associates, Inc., Image Based Surgicenter Corp., and Dr. Aaron G. Filler hereby moves this Court to enter an order

for leave to file its Proposed Motion for Summary Judgment of Convoyed Sales Damages and Memorandum in Support thereof, and for any additional relief deemed just and appropriate.

Dated: June 9, 2020                Respectfully submitted,

<u>/s/ Aaron G. Filler</u>
Aaron G. Filler, Esq. (pro hac vice)
Alex R. Straus, Esq. (pro hac vice)
(Cal Bar 321366, MA Bar 677434)
Christine S. Kim (Atty No.:6327157)
Tensor Law P.C.
900 Wilshire Blvd. #314
Santa Monica, CA 90401
Tel: 310.450.9689
afiller@tensorlaw.com
astraus@tensorlaw.com
ckim@tensorlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT OF CONVOYED SALES DAMAGES

was served on June 9, 2020 as follows:

*Via Filing Via this Court's CM-ECF System, which caused a copy to be served on all registered users by E-mail:*

Jay R. Campbell, Esq. (admitted pro hac vice)
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel: 216.592.5000
Fax: 216.592.5009
E-mail: jay.campbell@tuckerellis.com


James William Mizgala, Esq.
Illinois State Bar No. 6271760
**Tucker Ellis LLP**
233 South Wacker Drive
Suite 6950
Chicago, IL 60606
(312) 624-6307
Email: james.mizgala@tuckerellis.com

*Counsel for Defendants:*
*Brainlab AG;*
*Brainlab, Inc.*

Date: June 9, 2020            /S/ Aaron G. Filler
                              Aaron G. Filler, Esq.